In the Matter of CHRISTOPHER CAPPON, Appellant, v CARLOS CARBALLADA, Commissioner, Neighborhood and Business Development of City of Rochester, as Successor to JULIO VASQUEZ, Commissioner, Community Development of City of Rochester, Respondent.

Submitted February 10, 2014; decided February 25, 2014

Motion by New York State Coalition of Property Owners & Businesses, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of DINO CAROSELLI, Also Known as WAYNE HORAN, Appellant, v ALAN MARRUS, Respondent.

Decided February 25, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of RICHARD J. CONDON, as Special Commissioner of Investigation for the New York City School District, Appellant, v PATRICIA SABATER, Respondent.

Submitted January 27, 2014; decided February 25, 2014

Motion by New York State United Teachers for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed.

IAIN CURTIS-SHANLEY, Appellant, v BANK OF AMERICA, Respondent.

Submitted December 23, 2013; decided February 25, 2014

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.